Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |
|---|---|
| **Tracey L. Sapko** : | Case No. 13−22107−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : |  |
| BANK OF AMERICA, N.A. : |  |
| *Movant,* : |  |
| : | Related to Claim No. 9 |
| v. : |  |
| Tracey L. Sapko : |  |
| Ronda J. Winnecour, Esq., Trustee : |  |
| *Respondent.* : |  |

## ORDER

  **AND NOW**, this **2nd day of August, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***BANK OF AMERICA, N.A.*** at Claim No. 9 in the above−captioned bankruptcy case,

  It is hereby **ORDERED** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

  *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 13-22107-JAD
Tracey L. Sapko                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut            Page 1 of 1           Date Rcvd: Aug 02, 2016
                              Form ID: 237          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2016.
db        +Tracey L. Sapko,   989 Newell Road,   Fayette City, PA 15438-1159
         +Marlene Brookman,   Bank of America, N.A.,   16001 N. Dallas Pkwy,   Addison, TX 75001-3311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Michelle L. Watson    on behalf of Debtor Tracey L. Sapko attorneymichellewatson@yahoo.com,
       shellywvu@yahoo.com
      Michelle L. Watson    on behalf of Plaintiff Tracey L. Sapko attorneymichellewatson@yahoo.com,
       shellywvu@yahoo.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                 TOTAL: 5