**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/21/2018

IN RE:

TRACEY L. SAPKO
989 NEWELL ROAD
FAYETTE CITY,  PA  15438
XXX-XX-9430          Debtor(s)

Case No.13-22107 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/21/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BANK OF AMERICA**\*\*<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  0.00<br>COMMENT:  BGN 6/13*CL 9 GOVS*PMT/DECL*1021/PL*DK4PMT-LMT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6568 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/CONF*CL=19854.95*FR ALLY*DOC 58 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 9022 |
| **INTERNAL REVENUE SERVICE**\*<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  7,208.40<br>COMMENT:  CL 8 GOVS*7195@SLNT%@SEC/PL*JDGMNT | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: ...9430 |
| **PA DEPARTMENT OF REVENUE**\*<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:4   INT %:  3.00%<br>Court Claim Number:5-2<br>CLAIM:  2,885.16<br>COMMENT:  CL 5-2 GOVS*3200@SLNT%/PL*PRI/SCH*AMD | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 9430 |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  6,385.23<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **ARROW FINANCIAL SERVICES**++<br>1999 GREENSBURG RD<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~JDGMNT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2010 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  2,802.65<br>COMMENT:  GE CPTL~SAMS CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9240 |
| **CAVALRY SPV I LLC - ASSIGNEE**(\*)<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  20,294.52<br>COMMENT:  HSBC/BENEFICIAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 9466 |
| **CAPITAL ONE**(\*)<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7433 |
| **CAPITAL ONE**(\*)<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5737 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ASSET ACCEPTANCE LLC ASSIGNEE CHASE BA** PO BOX 2036  WARREN, MI  48090 | Trustee Claim Number: 11  INT %: 0.00%  Court Claim Number: 3  CLAIM: 36,126.94  COMMENT: HERITAGE | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 3901 |
| **CITIBANK NA(*)** 4740 121ST ST  URBANDALE, IA  50323 | Trustee Claim Number: 12  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 4239 |
| **CREDIT MANAGEMENT CO** 2121 NOBLESTOWN RD  PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 13  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: UPMC/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 0095 |
| **DISCOVER BANK(*)** C/O DB SERVICING CORP  PO BOX 3025  NEW ALBANY, OH  43054-3025 | Trustee Claim Number: 14  INT %: 0.00%  Court Claim Number: 2  CLAIM: 5,866.51  COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 7413 |
| **DYCK O NEAL INC*** PO BOX 601549  DALLAS, TX  75360-1549 | Trustee Claim Number: 15  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 2069 |
| **FOCUS RECEIVABLES MANAGEMENT** POB 725069  ATLANTA, GA | Trustee Claim Number: 16  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: IDEARC MEDIA/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 3858 |
| **ASSET ACCEPTANCE LLC - ASSIGNEE** PO BOX 2036  WARREN, MI  48090 | Trustee Claim Number: 17  INT %: 0.00%  Court Claim Number: 1  CLAIM: 29,202.71  COMMENT: NATL CRDT ACCPTNC/GE MONEY DIRECT | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 1385 |
| **GE CAPITAL/HOME DEPOT++** POB 103104  ROSWELL, GA  30076 | Trustee Claim Number: 18  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 8956 |
| **HSBC BANK++** POB 5253  CAROL STREAM, IL  60197 | Trustee Claim Number: 19  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 8016 |
| **GECC/ LOWE'S++** POB 103104  ROSWELL, GA  30076 | Trustee Claim Number: 20  INT %: 0.00%  Court Claim Number:  CLAIM: 0.00  COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR  ACCOUNT NO.: 2667 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS LP<br>POB 10675<br>GREENVILLE, SC 29603 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 10,505.49<br>COMMENT: UNS/SCH-PL*10GD/SCH*JDGMNT*DTR TO DISPUTE/CONF OE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 7630 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS LP<br>POB 10675<br>GREENVILLE, SC 29603 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 3,943.38<br>COMMENT: UNS/SCH-PL*2010/SCH*JDGMNT*DTR TO DISPUTE/CONF OE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4351 |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY 14240 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 19,135.71<br>COMMENT: 0001/SCH~DEFICIENCY? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2357 |
| **M & T BANK/CREDIT CORP**<br>ATTN: BANKRUPTCY OPERATIONS<br>1100 WEHRLE DR<br>WILLIAMSVILLE, NY 14221 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VEHICLE REPO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **M & T BANK**<br>PO BOX 1508<br>BUFFALO, NY 14240 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 18,357.82<br>COMMENT: VEHICLE REPO*DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7237 |
| **MEDICREDIT CORP**<br>POB 7206<br>COLUMBIA, MO 65205 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC MAGEE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1346 |
| **PNC BANK FORMERLY NATIONAL CITY BANK\*\***<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7801 |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br>MINNEAPOLIS, MN 55439 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~FIRST EQUITY CRD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4739 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2011 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 802.77<br>COMMENT: JDGMNT/SCH*HSBC*AMERITECH/NEAR PRIME | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0053 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA**<br>2500 KOPPERS BUILDING<br>436 SEVENTH AVE<br>PITTSBURGH, PA 15219-1842 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: OLD REPUBLIC INS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2011 |
| **OLD REPUBLIC INSURANCE CO**<br>C/O WELTMAN WEINBERG & REIS<br>PO BOX 93784<br>CLEVELAND, OH 44101-5784 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 41,494.34<br>COMMENT: UNS/DOE-CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8826 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 325.97<br>COMMENT: CL 5-2 GOVS*NO PRI/SCH-PL*AMD | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9430 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 242.81<br>COMMENT: NO GEN UNS/SCH*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9430 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 5,576.67<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9430 |
| **BANK OF AMERICA****<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 2,759.94<br>COMMENT: THRU 5/13*CL 9 GOVS*NT PROV/PL | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6568 |
| **UPP - UNIVERSITY OF PITTSBURGH PHYSICIAN**<br>C/O CONVERGENT HEALTHCARE RECOVERIES<br>PO BOX 1289<br>PEORIA, IL 61654 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 106.99<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9430 |