Certificate Number: 15111-PAW-DE-030872973

Bankruptcy Case Number: 13-22107



15111-PAW-DE-030872973

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 13, 2018</u>, at <u>11:51</u> o'clock <u>AM EDT</u>, <u>Tracey Lynn Sapko</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC,</u> a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 13, 2018</u>

By:    <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>