## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-22107-JAD |
| TRACEY L. SAPKO, | ) | Chapter 13 |
| Debtor. | ) | Doc. # 93 |
| TRACEY L. SAPKO, | ) | Related To Doc. # 80 |
| Plaintiff/Movant, | ) | |
| v. | ) | |
| LVNV FUNDING, LLC c/o EDWIN ABRAHAMSEN, ESQ. . | ) | |
| Defendants/Respondents. | ) | |

## AMENDED ORDER

**AND NOW**, to-wit, this __29th__ day of __June__, 2018, based upon the foregoing Motion to Avoid Judicial Lien, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the judicial lien of LVNV Funding, at Fayette County Prothonotary # 2011-60476 in the amount of $ 3,943.38, is hereby stricken, extinguished and avoided in its entirety and that the lien of Respondent shall not survive the Bankruptcy or affix to or remain enforceable against the aforementioned property, or any other property of Movant.

By the Court:

_____ J.
BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
6/29/18 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22107-JAD
Tracey L. Sapko                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Jun 29, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db           +Tracey L. Sapko,    989 Newell Road,    Fayette City, PA 15438-1159

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Michelle L. Watson    on behalf of Debtor Tracey L. Sapko attorneymichellewatson@yahoo.com,
               shellywvu@yahoo.com
              Michelle L. Watson    on behalf of Plaintiff Tracey L. Sapko attorneymichellewatson@yahoo.com,
               shellywvu@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6