**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.:   13-22107-JAD |
| | ) | |
| **Tracey L. Sapko,** | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | |
| _____ | ) | |
| **Tracey L. Sapko,** | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RONDA J. WINNECOUR,** | ) | |
| **Chapter 13 Trustee,** | ) | |
| | ) | |
| Respondents. | ) | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any domestic support obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 17, 2018, at docket number 76, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

5. This certification is being signed under penalty of perjury by undersigned counsel who duly questioned the Debtor about the statements in this certification & verified the answers in support of this certification.

Dated: July 8, 2018

By: /s/ Michelle L. Watson, Esq.
Michelle L. Watson
PA ID# 204575

410 1st Avenue
New Eagle, PA  15067
Phone: 724-747-4080
Email: attorneymichellewatson@yahoo.com