# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 13-22107-JAD** |
| | ) | |
| **TRACEY L. SAPKO,** | ) | **Chapter 13** |
| | ) | |
| | ) | |
| **Debtor.** | ) | **Responses Due: August 3, 2018** |
| | ) | |
| **TRACEY L. SAPKO,** | ) | **Hearing Date: Wed. August 22, 3018** |
| | ) | **@ 10:00 a.m.** |
| **Plaintiff/Movant,** | ) | |
| **v.** | ) | |
| | ) | |
| **Old Republic Insurance  Co.,** | ) | |
| **c/o William Molczan, Esquire** | ) | |
| **WELTMAN, WEINBERG, REISS,** | ) | |
| | ) | |
| | ) | |
| **Defendants/Respondent** | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION
## TO AVOID JUDGMENT LIEN WITH OLD REPUBLIC INSURANCE COMPANY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judgment Lien with Old Republic Insurance Company has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judgment Lien with Old Republic Insurance Company appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 3, 2018.

It is hereby respectfully requested that the Order to the Motion to Avoid Judgment Lien with Old Republic Insurance Company hereby be granted.

Date: **August 9, 2018**              Respectfully submitted,

                    **\s\ *Michelle L. Watson, Esquire***
                    Michelle L. Watson, Esquire
                    PA ID # 204575

                    Attorney for the Debtors
                    410 1st Avenue
                    New Eagle, PA  15067
                    Phone: 724-747-4080
                    E-mail: attorneymichellewatson@yahoo.com