**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tracey L. Sapko** | Social Security number or ITIN **xxx–xx–9430** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **13–22107–JAD** | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Tracey L. Sapko

10/24/18

**By the court:**    Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-22107-JAD
Tracey L. Sapko                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut            Page 1 of 3              Date Rcvd: Oct 24, 2018
                             Form ID: 3180W        Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2018.
```
db           +Tracey L. Sapko,    989 Newell Road,    Fayette City, PA 15438-1159
aty          +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,   600 Grant Street,
               Pittsburgh, PA 15219-2719
13655072     +Apothaker & Associates, PC,    520 Fellowship Road,   C306,   Mount Laurel, NJ 08054-3410
13655073      Arrow Financial Service,    8589 Aero Drive,   Suite 600,   San Diego, CA 92123
13655075     +Asset Management Professional,    P.O. Box 2824,   Woodstock, GA 30188-1386
13677166      Bank of America, N.A.,    P.O. Box 660933,   Dallas, TX 75266-0933
13655078      Beneficial.,   Route 19 Northgate Plaza,    Washington, PA 15301
13655082     +Chromulak & Associates,    401 Technology Drive,   Suite 202,   Canonsburg, PA 15317-7538
13655085     +Creditors Financial Group, LLC,    P.O. Box 440290,   Aurora, CO 80044-1500
13655087     +Dyck-O'Neal, Inc.,    15301 Spectrum Drive,   Suite 450,   Addison, TX 75001-6436
13655089     +Encore Receivable Management,    400 North Rogers Road,   P.O. Box 3330,   Olathe, KS 66063-3330
13655090    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
             (address filed with court: Focus Receivables,    1130 Northchase Parkway,   Suite 150,
               Marietta, GA  30067)
13638924     +Fayette County Sheriff Office,    Courthouse,   61 East Main Street,   Uniontown, PA 15401-3514
13655092     +Gordon & Weinberg, P.C.,    1001 E. Hector Street,   Sutie 220,   Conshohocken, PA 19428-2395
13655105     +Harrisburg, PA 17128,    Patenaude & Felix, A.P.C.,    213 East Main Street,
               Carnegie, PA 15106-2701
13655093     +Hayt, Hayt & Landau, LLC,    123 South Broad Street,    Suite 1660,   Philadelphia, PA 19109-1003
13677249     +M & T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
13677251     +M & T BANK (2),    PO BOX 1508,    BUFFALO, NY 14240-1508
13638925    #+Michelle L. Watson, Esq.,    202 1/2 4th Street,    Monongahela, PA 15063-2502
13655101     +National City,    One NCC Parkway,    Kalamazoo, MI 49009-8003
13655103     +Northland Group, Inc.,    P.O. Box 390905,   Minneapolis, MN 55439-0905
13655107     +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13655106     +Phillips & Cohen Associates,    Mail Stop 591,   1002 Justison Street,
               Wilmington, DE 19801-5148
13655110     +Solomon & Solomon PC,    Columbia Circle,   P.O. Box 15019,   Albany, NY 12212-5019
13655112     +Tucker Arensberg, PC,    Firm # 287,   1500 One PPG Place,   Pittsburgh, PA 15222-5416
13711770     +UPP-University of Pittsburgh,    c/o Convergent Healthcare Recoveries,   PO Box 1289,
               Peoria, IL 61654-1289
13638927      Weltman, Weinberg & Reis,    c/o Matthew Urban, Esq.,    1400 Koppers Bldg, 436 Seventh,
               Pittsburgh, PA  15219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:41:33      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr           +EDI: PRA.COM Oct 25 2018 06:23:00      PRA Receivables Management LLC,   POB 41067,
               Norfolk, VA 23541-1067
13664821      EDI: GMACFS.COM Oct 25 2018 06:23:00      Ally Financial,   PO Box 130424,
               Roseville, MN 55113-0004
13655070     +EDI: GMACFS.COM Oct 25 2018 06:23:00      Ally Financial,   P.O. Box 380901,
               Minneapolis, MN 55438-0901
13655071     +EDI: AMEREXPR.COM Oct 25 2018 06:23:00      American Express,   P.O. Box 6618,
               Omaha, NE 68106-0618
13721461      EDI: BECKLEE.COM Oct 25 2018 06:23:00      American Express Bank, FSB,   c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
13655074     +EDI: ACCE.COM Oct 25 2018 06:23:00      Asset Acceptance,   P.O. Box 1630,
               Warren, MI 48090-1630
13643215     +EDI: ACCE.COM Oct 25 2018 06:23:00      Asset Acceptance LLC,   P.O. Box 2036,
               Warren Mi 48090-2036
13655076     +EDI: ARSN.COM Oct 25 2018 06:23:00      Associated Recovery Systems,   P.O. Box 469046,
               Escondido, CA 92046-9046
13655077      EDI: BANKAMER.COM Oct 25 2018 06:23:00      Bank of America,   P.O. Box 15019,
               Wilmington, DE  19886
13655080      EDI: CAPITALONE.COM Oct 25 2018 06:23:00      Capital One Bank.,   P.O. Box 85520,
               Richmond, VA  23285
13655079     +EDI: CAPITALONE.COM Oct 25 2018 06:23:00      Capital One Bank,   P.O. Box 71083,
               Charlotte, NC 28272-1083
13656488     +E-mail/Text: bankruptcy@cavps.com Oct 25 2018 02:42:10      Cavalry Portfolio Services,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13655081     +EDI: CHASE.COM Oct 25 2018 06:23:00      Chase Bank USA,   P.O. Box 15298,
               Wilmington, DE 19850-5298
13655083     +EDI: CITICORP.COM Oct 25 2018 06:23:00      Citibank South Dakota NA,   P.O. Box 6241,
               Sioux Falls, SD 57117-6241
13655084     +E-mail/Text: abovay@creditmanagementcompany.com Oct 25 2018 02:42:15      Credit Management Co.,
               2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13646816      EDI: DISCOVER.COM Oct 25 2018 06:23:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
13655086     +EDI: DISCOVER.COM Oct 25 2018 06:23:00      Discover Financial Svcs, LLC,   P.O. Box 15316,
               Wilmington, DE 19850-5316
```

```
District/off: 0315-2          User: mgut                   Page 2 of 3                   Date Rcvd: Oct 24, 2018
                              Form ID: 3180W               Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13655091       +EDI: RMSC.COM Oct 25 2018 06:23:00      GE Money Bank,   P.O. Box 960061,
                 Orlando, FL 32896-0061
13655095        EDI: HFC.COM Oct 25 2018 06:23:00      HSBC Bank,   P.O. Box 15524,   Wilmington, DE 19850
13655094       +EDI: CITICORP.COM Oct 25 2018 06:23:00      Home Depot/Citibank,   P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
13655096       +EDI: IRS.COM Oct 25 2018 06:23:00      IRS,   Insolvency Unit,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13720234       +EDI: RESURGENT.COM Oct 25 2018 06:23:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
                 PO Box 10675,   Greenville, SC 29603-0675
13655098       +EDI: RESURGENT.COM Oct 25 2018 06:23:00      LVNV Funding, LLC,   P.O. Box 10497,
                 Greenville, SC 29603-0497
13721171        EDI: RESURGENT.COM Oct 25 2018 06:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of General Electric Capital,   Corporation,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
13655097       +EDI: RMSC.COM Oct 25 2018 06:23:00      Lowe's,   P.O. Box 530914,   Atlanta, GA 30353-0914
13655099        E-mail/Text: camanagement@mtb.com Oct 25 2018 02:41:10      M&T Bank,   P.O. Box 64679,
                 Baltimore, MD 21264
13655100       +EDI: PARALONMEDCREDT Oct 25 2018 06:23:00      Medicredit, Inc.,   13730 South Point Boulevard,
                 Charlotte, NC 28273-7715
13655102       +E-mail/Text: egssupportservices@alorica.com Oct 25 2018 02:42:04
                 NCO Financial Systems, Inc.,   P.O. Box 15894,   Wilmington, DE 19850-5894
13653546        E-mail/Text: BKRMailOps@weltman.com Oct 25 2018 02:42:00      OLD REPUBLIC INSURANCE CO,
                 c/o Weltman, Weinberg & Reis,   P.O. Box 93784,   Cleveland, OH 44101-5784
13655108        EDI: PRA.COM Oct 25 2018 06:23:00      Portfolio Recovery Associates,   140 Corporate Blvd.,
                 Norfolk, VA 23502
14706120        EDI: PRA.COM Oct 25 2018 06:23:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
13711022        EDI: PRA.COM Oct 25 2018 06:23:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13655989        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2018 02:41:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13655109       +E-mail/Text: bankruptcy@proconsrv.com Oct 25 2018 02:41:26      Pro Consulting Services, Inc.,
                 P.O. Box 66510,   Houston, TX 77266-6510
13638926       +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 25 2018 02:41:51       U. S. Trustee's Office,
                 1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
13655104         PA Department of Revenue,   Bankruptcy Division,   P.O. Box 280946
cr*              BANK OF AMERICA, N.A.,   P.O. Box 660933,   DALLAS, TX 75266-0933
13655088       ##+Edwin Abrahamsen & Associates,   120 North Keyser Avenue,   Scranton, PA 18504-9701
13655111       ##+Tate & Kirlin Associates,   2810 Southampton Road,   Philadelphia, PA 19154-1207
                                                                                              TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: mgut              Page 3 of 3              Date Rcvd: Oct 24, 2018
                                  Form ID: 3180W         Total Noticed: 63
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Michelle L. Watson    on behalf of Debtor Tracey L. Sapko attorneymichellewatson@yahoo.com,
               shellywvu@yahoo.com
              Michelle L. Watson    on behalf of Plaintiff Tracey L. Sapko attorneymichellewatson@yahoo.com,
               shellywvu@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```